**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

RANDOLPH HUGHES,

     vs                       Case Number C-2-04-744

NEIL SANDERS, II,

                        **Judge Algenon L. Marbley**
                        **Magistrate Judge Abel**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the June 23, 2005 Opinion and Order, the Defendant's Motion to Dismiss is GRANTED.  This action is hereby DISMISSED.

Date: **June 23, 2005**                     **James Bonini, Clerk**

                                                    s/Betty L. Clark
                                              Betty L. Clark/Deputy Clerk